# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

UNITED STATES OF AMERICA　　　　§
　　　　　　　　　　　　　　　　§
vs.　　　　　　　　　　　　　　　§　　NO:　AU:25-CR-00496(1)-ADA
　　　　　　　　　　　　　　　　§
(1) LUIS MIGUEL LOPEZ MERCADO　§

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 12, 2025, wherein the defendant (1) LUIS MIGUEL LOPEZ MERCADO waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) LUIS MIGUEL LOPEZ MERCADO to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) LUIS MIGUEL LOPEZ MERCADO's plea of guilty to Count One (1) is accepted.

Signed this 3rd day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE